# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

In the Matter of the Search of

Case Number: 13 m 632

A USPS Express Mail parcel with tracking number EI 522155935 US addressed to "KJ, c/o Price Storage, 3430 South La Brea Ave, West Los Angeles, CA 90016" and containing the return address "Steve Noak, P.O. Box 72, Embarrass, WI 54933"

TO: Any authorized officer of the United States:

## SEARCH AND SEIZURE WARRANT

TO: Any authorized law enforcement officer
    An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

    **A USPS Express Mail parcel with tracking number EI 522155935 US addressed to "KJ, c/o Price Storage, 3430 South La Brea Ave, West Los Angeles, CA 90016" and containing the return address "Steve Noak, P.O. Box 72, Embarrass, WI 54933"**

    The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. Sections 841(a)(1), 843(b), and 844(a).

    I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

    **YOU ARE HEREBY COMMANDED** to search on or before __6-5__, 2013
                                                                                                   *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night as I find reasonable cause has been established.

    Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

    The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge James R. Sickel.

Date and time issued __28th May__, 2013; 1:04 a.m./p.m.

                                                                 *Judge's signature*

City and state: <u>Green Bay, Wisconsin</u>

                                        THE HONORABLE JAMES R. SICKEL
                                        United States Magistrate Judge
                                        *Name & Title of Judicial Officer*

| | | |
|---|---|---|
| **RETURN** | | |
| Case No.<br>13-M-632 | Date and time Warrant executed<br>May 28, 2013 at 1:55 PM | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of
Brian Liethen, WI DCI Special Agent

Inventory of person or property taken and name of any person(s) seized:

Express parcel EI522155935US which contained a Roundy's brand brown paper grocery bag. Inside the grocery bag was a red "Trioliet" brand plastic bag which held a blue "Net10" wireless cell phone box. Inside the cell phone box was a hardcover "Reader's Digest Condensed Books-Volume 1 1956." Upon opening the book, I saw a rectangle had been cut out of most of the books pages and held a large stack of US Currency that consisted of 155- $20 bills totaling $3,100.

## CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: *May 29, 2013*

*Mattson*
(Executing officer's signature)

Subscribed, sworn to, and returned before me this date.

Matt Schmitz, U.S. Postal Inspector
(Printed name and title)

*[signature]*
US Magistrate Judge James